FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

April 28, 2022

No. 04-22-00228-CV

**IN RE QUM QASR SERIES LLC - BIGARREN**

Original Mandamus Proceeding[1]

# O R D E R

Sitting:  Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Beth Watkins, Justice

On April 19, 2022, the relator filed a petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real parties in interest may file a response to the petition in this court **on or before May 13, 2022.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on April 28, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1] This proceeding arises out of Cause No. 2021-CV-03806, styled *Qum Qasr Series LLC v. Lesme Front and All Other Occupants Residing at 5631 Forrest Canyon*, pending in the County Court At Law No. 10, Bexar County, Texas, the Honorable David J. Rodriguez presiding.